*[Handwritten margin note, left side:]* GRANTED, absent objection. It is further ORDERED that this case be DISMISSED without prejudice to either party filing a motion within 30 days of this order on the grounds that (1) a stay is more appropriate; or (2) dismissal was improper. The Clerk is directed to close the case. So ordered. (This dismissal is without prejudice to reopening upon issuance of the arbitrator's decision.)

Christopher F. Droney
United States District Judge
11/25/03

*[Handwritten:]* 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRYSTAL CALDWELL, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:03CV1026(CFD) |
| V. | : | |
| PINKERTON'S, INC. and PFIZER, INC., | : | |
| Defendants. | : | JULY 24, 2003 |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., and the Connecticut Arbitration Act, Conn. Gen. Stats. § 52-408, et seq., defendant, Pinkerton's, Inc. ("Pinkerton") hereby moves that:

(1)   All matters in dispute between Pinkerton and the plaintiff be compelled to arbitration as required by the arbitration agreement between Pinkerton and the plaintiff; and

(2)   This action be stayed pending the completion of the arbitration proceeding.

The defendant submits the attached memorandum of law in support of this motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105